2003 MAR 17 AM 10: 43
MIDDLE ... FLORIDA
FT. MYERS, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNETH R. CHRIST, JR.,
Individually and on Behalf of
Others Similarly Situated,

Plaintiffs

v. CASE NO.2:98-CV-210-FTM-29DNF

BENEFICIAL CORPORATION, et al.,

Defendants

**PLAINTIFFS' MOTION FOR FURTHER AND FINAL RELIEF UNDER THE DECLARATORY JUDGMENT ACT, 28 U.S.C. § 2202**

COME NOW Plaintiffs and file this Motion for Further and Final Relief Under the Declaratory Judgment Act, 28 U.S.C. § 2202, for the purpose of granting further relief to Plaintiffs as is proper and/or necessary to effectuate and/or enforce the February 26, 2001 Declaratory Judgment Orders entered by this Court pursuant to 28 U.S.C. § 2201. *National Fire Ins. Co. of Hartford v. Board of Public Instruction of Madison County, Fla.*, 239 F.2d 370 (5th Cir. 1956).

Plaintiffs seek, pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2202, a declaration or Order prohibiting these Defendants from disclosing and charging fees for non-filing insurance in the United States under circumstances similar or identical to the type transactions involved in this case and also seek incidental money damages In the form of restitution/disgorgement which said incidental damages flow directly from the Defendants' liability to the class as a whole on the claims forming the basis of the requested injunctive relief set forth above and declaratory relief heretofore granted by

77

the Court to Plaintiffs' class pursuant to Declaratory Judgment Act, 28 U.S.C. § 2201, in the form of a partial summary judgment for Plaintiffs with respect to Defendants' violation of the TILA. *Bolin v. Sears, Roebuck & Co.*, 231 F.3d 970 (5th Cir. 2000); *Allison v. Citgo Petroleum Corp.*, 151 F.3d 402 (5th Cir. 1998); *Turner v. Beneficial Corporation*, 242 F.3d 1023 (11th Cir. 2001); *In re Roland Harris v. First Union Mortgage Corp.*, 280 B.R. 876 (S.D. Alabama 2001).

In addition to the declaratory and injunctive relief requested above, Plaintiffs seek incidental damages in the form of restitution/disgorgement in the amount of $22,700,885.67, which said amount reflects the amount that the class was charged for non-filing insurance by Defendants during the class period, per Defendants' "Notice of Filing of Accounting Information" and Exh. A thereto dated February 28, 2003.

Plaintiffs further request the Court to enter an Order awarding the class $500,000 in the form of statutory damages pursuant to 15 U.S.C. 1640(a)(2)(B), together with a reasonable attorneys' fee and costs of this action.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs move this Court to consider at the scheduled April 1, 2003 hearing the above-requested relief pursuant to this Court's prior 28 U.S.C. § 2201 Orders, and to enter appropriate orders granting said requested relief and any other proper or necessary relief or remedies to which Plaintiffs may be entitled pursuant to 28 U.S.C. § 2202.

EMOND, VINES, GORHAM & WALDREP, P.C.

Lanny S. Vines
Michael G. Kendrick
Attorneys for Plaintiffs

OF COUNSEL:
Lanny S. Vines, Esq.
Michael G. Kendrick, Esq.
**EMOND, VINES, GORHAM & WALDREP, P.C.**
Colonial Plaza Building
2101 Sixth Avenue North
Suite 700
Birmingham, Alabama 35203
(205) 254-3216 (phone)
(205) 324-3802 (fax)

William J. Baxley, Esq.
Joel E. Dillard, Esq.
**BAXLEY, DILLARD, DAUPHIN & MCKNIGHT**
2008 Third Avenue South
Birmingham, Alabama 35233
(205) 271-1100 (phone)
(205) 271-1108 (fax)

C. Neal Pope, Esq.
Wade H. Tomlinson, III, Esq.
**POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, LLP**
318 11th Street, 2nd Floor
Columbus, Georgia 31902
(706) 324-0050 (phone)
(706) 327-1536 (fax)

R. Timothy Morrison, Esq.
Michael L. McGlamry, Esq.
**POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, LLP**
P. O. Box 191625
Atlanta, GA 31119-1625
(404) 523-7706 (phone)
(404) 524-1648 (fax)

Thomas Stephen Heidkamp, Esq.
**LEASURE & HEIDKAMP**
1342 Colonial Blvd. H57
Fort Myers, Florida 33907
(239) 275-7797 (phone)
(239) 275-6856 (fax)

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon the following via facsimile this the 14th day of March, 2003:

Clarence M. Small, Jr., Esq.
Deborah Alley Smith, Esq.
**CHRISTIAN & SMALL, LLP**
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203
(205) 795-6588 (phone)
(205) 328-7234 (fax)

Counsel for:
Beneficial Corporation

Ralph L. Marchbank, Jr., Esq.
**DICKINSON & GIBBONS, P.A.**
1750 Ringling Building
P. O. Box 3979
Sarasota, Florida 34230
(941) 366-4680 (phone)
(941) 953-3136 (fax)

Counsel for:
Beneficial Corporation

J. Mark White, Esq.
**WHITE, DUNN & BOOKER**
2025 3rd Avenue North, Suite 600
Birmingham, Alabama 35203
(205) 323-1888 (phone)
(205) 323-8907 (fax)

Counsel for:
Beneficial Management
Corporation of America;
Beneficial Florida, Inc.

Douglas N. Campbell, Esq.
**DOUGLAS CAMPBELL & ASSOCIATES, P.C.**
4776 East Conway Drive, N.W.
Atlanta, Georgia 30327
(404) 943-1354 (phone)
(404) 256-0423 (fax)

Counsel for:
Beneficial Management Corporation of America; Beneficial Florida, Inc.

Michael B. Colgan, Esq.
**GLENN, RASMUSSEN, FOGARTY & HOOKER**
100 South Ashley Drive
Suite 1300
Tampa, Florida 33602
(813) 229-3333 (phone)
(813) 229-5946 (fax)

Counsel for:
Beneficial Management Corporation of America; Beneficial Florida, Inc.

James C. Huckaby, Jr., Esq.
John W. Scott, Esq.
**HUCKABY, SCOTT & DUKES, PC**
2001 Park Place North, Suite 850
Birmingham, Alabama 35203
(205) 251-2300 (phone)
(205) 251-6773 (fax)

Counsel for:
Beneficial Insurance Group, Inc.; Beneficial Insurance Agency of Nevada; Wesco Insurance Co.

Michael J. McGirney, Esq.
Mindy L. Miller, Esq.
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
100 North Tampa Street, Suite 3550
Tampa, Florida 33602
(813) 472-7800 (phone)
(813) 472-7811 (fax)

Counsel for:
Beneficial Insurance Group, Inc.; Beneficial Insurance Agency of Nevada; Wesco Insurance Co.

Of Counsel