IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| **KENNETH R. CHRIST, JR., individually and on behalf of a certified class,** | ) | |
| Plaintiffs, | ) | |
| **v.** | ) | Civil Action Number |
| **BENEFICIAL CORPORATION; BENEFICIAL FLORIDA, INC.; BENEFICIAL MANAGEMENT CORPORATION OF AMERICA; BENEFICIAL INSURANCE GROUP, INC.; WESCO INSURANCE COMPANY; BENEFICIAL INSURANCE AGENCY OF NEVADA; and WILMINGTON PROPERTY AND CASUALTY,** | ) | **2:98-cv-210-JES-SPC** |
| Defendants. | ) | |

**DECLARATORY JUDGMENT, PERMANENT INJUNCTION, AND FINAL JUDGMENT**

Consistent with the accompanying Memorandum Opinion, as well as the prior orders and opinions entered in this case:

1. It is hereby DECLARED that Defendants BENEFICIAL CORPORATION; BENEFICIAL FLORIDA, INC.; BENEFICIAL MANAGEMENT CORPORATION OF AMERICA; BENEFICIAL INSURANCE GROUP, INC.; WESTCO

INSURANCE COMPANY; BENEFICIAL INSURANCE AGENCY OF NEVADA; and WILMINGTON PROPERTY AND CASUALTY violated the Truth in Lending Act, 15 U.S.C. § 1640 (a)(1) by reflecting their alleged "non-filing insurance" premiums as "amounts financed," rather than "finance charges" on the Plaintiff class' loan documents.

2. Consistent with the preceding Declaratory Judgment, Defendants BENEFICIAL CORPORATION; BENEFICIAL FLORIDA, INC.; BENEFICIAL MANAGEMENT CORPORATION OF AMERICA; BENEFICIAL INSURANCE GROUP, INC.; WESTCO INSURANCE COMPANY; BENEFICIAL INSURANCE COMPANY OF NEVADA; and WILMINGTON PROPERTY AND CASUALTY, their officers, managers, employees, agents, and those in active concert or participation with them are hereby PERMANENTLY ENJOINED from hereafter charging as "amounts financed" on loan documents with the Plaintiff class any alleged non-filing fee for products that constitute default insurance or that do not constitute real insurance (*i.e.,* products that do not shift the risk of loss from the Defendants).

3. The Plaintiff class shall have and recover of the Defendants, jointly and severally, the sum of Twenty-two Million, Seven Hundred Thousand Eight Hundred Eighty-five Dollars and 67/100 cents ($22,700,885.67) as restitution and

disgorgement of the illegal non-filing insurance premiums charged to the Plaintiff class and by which the Defendants were unjustly enriched.

4. The demand of the Plaintiff class for prejudgment interest is DENIED.

5. The costs of this action are hereby taxed against the Defendants.

FINAL JUDGMENT is hereby entered in favor of the Plaintiff class and against the Defendants.

This action is hereby DISMISSED.

Done the 17th day of August, 2006.

Judge U.W. Clemon, sitting by designation