AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Middle District of Florida

KENNETH R. CHRIST, JR., Individually and on Behalf of Others Similarly Situated,
Plaintiffs,
V.
BENEFICIAL CORPORATION, et al.,
Defendants

**BILL OF COSTS** (1 of 3)

Case Number: 2:98-CV-210-JES-SPC

Judgment having been entered in the above entitled action on 8/17/06 (Date) against Defendant, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 1.50 |
| SEE SCHEDULE A | |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,215.70 |
| SEE SCHEDULE B | |
| Fees and disbursements for printing | 9,681.58 |
| SEE SCHEDULE C | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 10,246.13 |
| SEE SCHEDULE D | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $21,144.91 ~~0.00~~ |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to an attorney for every party.

Signature of Attorney: [signature]

Name of Attorney: R. Timothy Morrison

For: Kenneth R. Christ, Jr., et al. (Name of Claiming Party) Date: Aug. 30, 2006

Costs are taxed in the ______ and included in the judgment.

Sheryl L. Loesch
Clerk of Court    By ______ Deputy Clerk    ______ Date

*See also Bills of Costs filed by Lanny Vines & Associates, LLC, and Baxley, Dillard, Dauphin, McKnight & Barclift.

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | TOTAL | 0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| KENNETH R. CHRIST, JR., Individually and on Behalf of Others Similarly Situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 2:98-CV-210-JES-SPC |
| BENEFICIAL CORPORATION, et al., | ) | |
| Defendants. | ) | |

**BILL OF COSTS – SCHEDULE A**

Fees of the Clerk

| | | |
|---|---|---|
| March 26, 2002 | Copies of Docket - U.S. District Court, Middle District of Florida | $1.50 |
| | **TOTAL** | $1.50 |

Authority for Claiming Fees of the Clerk

1. 28 U.S.C. § 1920(1).

2. American Home Assur. Co. v. The Phineas Corp., 2004 WL 3142554 (M.D. Fla. 2004).

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| KENNETH R. CHRIST, JR., Individually and on Behalf of Others Similarly Situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 2:98-CV-210-JES-SPC |
| BENEFICIAL CORPORATION, et al., | ) | |
| Defendants. | ) | |

## BILL OF COSTS – SCHEDULE B

Fees of Court Reporter for Transcript Necessarily Obtained for Use in Case

| | | |
|---|---|---|
| January 7, 2003 | Transcript of Proceedings before Judge Clemon: Status Conference – 12/10/2002. Check number 20004729 Payable to Nolen-Martina Reporting Services. | $125.74 |
| July 21, 2003 | Transcript of Proceedings before Judge Clemon: "Alter Ego Issue" – 7/8/2003. Check number 20005289 Payable to Nolen-Martina Reporting Services. | $1,089.96 |
| | **TOTAL** | $1,215.70 |

<u>Authority for Claiming Transcript of Hearing and Court Reporter Services</u>

1. 28 U.S.C. § 1920(2)

2. <u>Velez v. Levy World Ltd. Partnership</u>, 2006 WL 1457809 (11th Cir. 2006).

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | | |
|---|---|---|
| KENNETH R. CHRIST, JR., Individually and on Behalf of Others Similarly Situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 2:98-CV-210-JES-SPC |
| BENEFICIAL CORPORATION, et al., | ) | |
| Defendants. | ) | |

**BILL OF COSTS – SCHEDULE C**

Fees and Disbursements for Printing

| | | |
|---|---|---|
| March 31, 2003 | IKON Document Services - Trial Exhibits | $591.09 |
| March 31, 2003 | IKON Document Services - Trial Exhibits | 417.54 |
| March 31, 2003 | IKON Document Services - Trial Exhibits | 783.99 |
| July 14, 2003 | IKON Document Services - Trial Exhibits | 6,382.08 |
| July 14, 2003 | IKON Document Services - Trial Exhibits | 1,547.78 |
| | **TOTAL** | $9,681.58 |

Authority for Claiming Fees for Exemplification and Copies of Papers Necessarily Obtained for Use

1. 28 U.S.C. § 1920(3).

2. Parkes v. Hall, 906 F.2d. 658 (11th Cir. 1990).

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| KENNETH R. CHRIST, JR., Individually and on Behalf of Others Similarly Situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 2:98-CV-210-JES-SPC |
| BENEFICIAL CORPORATION, et al., | ) | |
| Defendants. | ) | |

**BILL OF COSTS – SCHEDULE D**

Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in This Case

In-house Photocopying

| | |
|---|---|
| December 31, 2000 | $212.00 |
| January 2, 2001 | 27.50 |
| February 1, 2001 | 1.75 |
| March 1, 2001 | 21.50 |
| April 1, 2001 | 423.75 |
| May 1, 2001 | 85.25 |
| June 30, 2001 | 129.00 |
| July 1, 2001 | 34.25 |
| August 1, 2001 | 62.50 |
| September 1, 2001 | 26.00 |
| October 14, 2001 | 88.50 |
| March 31, 2002 | 11.00 |
| April 30, 2002 | 8.25 |
| July 31, 2002 | 6.50 |
| August 31, 2002 | 76.75 |
| September 30, 2002 | 16.75 |

| | | |
|---|---|---|
| October 31, 2002 | 15.00 | |
| November 30, 2002 | 19.75 | |
| December 31, 2002 | 246.00 | |
| January 31, 2003 | 50.25 | |
| February 28, 2003 | 92.00 | |
| March 31, 2003 | 949.75 | |
| May 31, 2003 | 16.75 | |
| June 30, 2003 | 3,499.25 | |
| July 31, 2003 | 1,459.00 | |
| August 31, 2003 | 162.25 | |
| September 30, 2003 | 4.25 | |
| June 30, 2004 | .50 | |
| January 31, 2005 | 409.50 | |
| March 31, 2005 | 2.25 | |
| April 30, 2005 | 36.50 | |
| May 31, 2005 | 42.00 | |
| July 29, 2005 | 101.75 | |
| November 30, 2005 | 244.50 | |
| June 28, 2006 | 49.00 | |
| Total In-House Photocopying | 34,997 | copies |
| | x .25 | per copy |
| | $8,739.25 | |

Photocopying by Outside Service

| | | |
|---|---|---|
| July 14, 2003 | IKON Document Services – Copies for Trial Exhibits | $1,506.88 |
| | **TOTAL** | $10,246.13 |

Authority for Claiming Photocopying Costs for Papers Necessary for Use in Case

1. 28 U.S.C. § 1920(4)

2. Parkes v. Hall, 906 F.2d. 658 (11th Cir. 1990).

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| KENNETH R. CHRIST, JR., Individually and on Behalf of Others Similarly Situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 2:98-CV-210-JES-SPC |
| BENEFICIAL CORPORATION, et al., | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF R. TIMOTHY MORRISON**

Before me, a Notary Public in and for said State and County, personally appeared the Affiant, R. Timothy Morrison, who, after first being duly sworn, deposed and stated that the following facts were within his personal knowledge and if called as a witness he could testify competently.

1. My name is R. Timothy Morrison and I am over the age of nineteen (19) years. I understand that this affidavit is being used to support the Bill of Costs filed by Plaintiff in this case.

2. I am one of the attorneys of record in this case and have appeared on behalf of the Plaintiff.

3. The items listed on the Bill of Costs are correct and have been necessarily incurred in this case. Furthermore, the services for which the fees have been charged were actually and necessarily performed.

R. Timothy Morrison

STATE OF GEORGIA)
COUNTY OF Fulton)

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that R. Timothy Morrison, whose name is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day, that, being informed of the contents of the conveyance, he executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 30th day of August 2006.

Notary Public

My Commission Expires:
**Notary Public**
**Douglas County, Georgia**
**My Commission**
**Expires February 5, 2007**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2006, I electronically filed the foregoing **BILL OF COSTS FOR PLAINTIFF KENNETH R. CHRIST, JR., et al.** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record: Clarence M. Small, Jr., Deborah Alley Smith, James C. Huckaby, Jr., John W. Scott, Dale T. Golden, Douglas N. Campbell, Ralph H. Marchbank, Jr., Michael J. McGirney, Mindy L. Miller, Michael B. Colgan, and Michael G. Archibald.

I further certify that I have mailed the foregoing document and notice of electronic filing by first class mail, postage prepaid, to the following non-CM/ECF participant:

J. Mark White, Esq.
White, Arnold, Andrews & Dowd, P.C.
2025 3rd Avenue North, Suite 600
Birmingham, AL 35203

In addition, I certify that a copy of the foregoing document was mailed by first class mail, postage prepaid, as follows:

Clarence M. Small, Jr., Esq.
Deborah Alley Smith, Esq.
Christian & Small, LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203

James C. Huckaby, Jr., Esq.
John W. Scott, Esq.
Huckaby, Scott & Dukes, P.C.
2100 Third Avenue North, Suite 700
Birmingham, AL 35203

Dale T. Golden, Esq.
The Preston Law Firm, LLP
100 N. Tampa Street, Suite 1975
Tampa, FL 33602

Ralph H. Marchbank, Jr., Esq.
Dickinson & Gibbons, P.A.
401 N. Cattlemen Road, Suite 300
Sarasota, FL 34232

Michael B. Colgan, Esq.
Glenn, Rasmussen, Fogarty & Hooker, P.A.
100 South Ashley Drive, Suite 1300
Tampa, FL 33601-3333

Douglas N. Campbell, Esq.
Douglas Campbell & Associates, P.C.
4776 East Conway Drive, N.W.
Atlanta, GA 30327

Michael J. McGirney, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
201 East Kennedy Blvd., Suite 1100
Tampa, FL 33602

This 30th day of August, 2006.

Counsel for Plaintiffs